UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAL PARKER,

                         Plaintiff,

           -against-

DEBRA ANNE HAALAND, ET AL,

                         Defendants.

22-CV-8107 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 15, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    December 15, 2022
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge